CNA° DANIEL Paul Stoddard
Full Name/Prisoner Name
IDOC No. 63150 - B343. 6349
C/O IMSI - C TIER 1 - Cell 25 Alpha (solo)
PO Box 51
BOISE, ID 83707; MANDATED PATENT, INK.
Complete Mailing Address

[box: THROWN NOTATION:]

I west key No. 11 to Euschias bay No. 11 to high Nacarene No. ≤ 21.

"In, for, and not coming from without"
US APPELLATE Chapter to IDOC
Prefertor County 4 of Idaho, a state agency of Psychometry's!"

| | |
|---|---|
| Auditor, Daniel Paul Stoddard, ) | BALLOT |
| #63150 (Plaintiff/Petitioner,) ) | Case No. _____ |
| ) | |
| vs. ) | |
| Lt. Governor Smith, BOC: ) | "The Pagan ministry ~~~~ |
| Debtor: ~~Defendant/Respondent~~. ) | Bill of CHANCERY Religious mandates: |
| (CHEVRONING OVER WID - LUNARS) ) | 1972 RED ~~COLOR~~ FARRAR GROVE - DCN.G |
| ☒ I: PARTY WARFARING Lights ) | |

×△

Z-P, Expression (left) : //, after first being duly sworn upon his/her oath, deposes and says as follows: United States Religious Accounting Probate codes post dating 1886 C.E. to ANNO Dominae, preclude to be biased to the Loring's or white wigged congressional United nations summates, Senates, and Parliamenties: by military chevroned doctrine of caveat social politics and domestic political series relations, issued upon ~~one~~ ticket a stubbed and cold finances' Inequity claim vexing against:

AFFIDAVIT OF _____ - pg. ____
Revised 3/24/16

The [illegible] Christian Church, the [illegible] Jewish customs or use and law, plus the Besalen WEYT'S muslim society of sufferance; due to the Ingress of [illegible] Inequity of Sin and progeny, I suggest all newly sited paganism fall under Justice [illegible] Case—in—most standings to GO in route or Din Mark UFC SPIRIdism and the Demon-Ry Reality model & necessary to follow Ruth or [illegible] Shen-Taoism and Shaolin Shinto to the award of this bill establishing a seperate docket book library to all case workings not @@ DAOIST or christian sects or faith. To this ledger, we spellcasters and dreamologists or parapsychology have established as our science by the above Quantumology & mathemathical God-expressioned teachers, and by sovereign authority or secretarian grievor [illegible].

IBOC © ® voucher # 16747

Further your affiant sayeth [illegible] here in;

DATED This  11  day of May (Monday) 20 20 CE.

_Porter° Daniel Paul Stoddard * Lt. Chief._
Signature

## CERTIFICATION UNDER PENALTY OF PERJURY

I certify under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Date: 6•21•2019, Friday Common ERA

ERIC NOE, cosigned Trustee            TFCP'S Conspiracy 2019.
Typed/Printed                         Signature

SIGIL
NO. 37
SIMON

Bill Ballot or Balloting - pg. 1-2

~~AFFIDAVIT OF~~
Revised 3/24/16

*Court filing Record*

*Court: US District Court Idaho*

*Date:*       05/11/2020

*Case No.:*

*Inmate Name:*     Stoddard, Daniel

*Inmate No.:*       63150

*Document Title:*    Ballot: The Pagan Ministry bill of Chancery Religious Mandates

*Total Pages* ●3

*Inmate Verification of page count signature:_Filed without inmate review___*

*Document _1__ of 1__*